Elizabeth A. Weeks, Appellant, v. John Wilson and Robert Wilson, Respondents. — Order af-

firmed, with ten dollars costs and printing disbursements. Westbrook, J., not acting.